# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:07 CV 469RNC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Lauri A. Osborne, Individually and On Behalf of All Others Similarly Situated,
              Plaintiff,

vs.

MENU FOODS, INC.
              Defendant.

) CLASS ACTION
) DEMAND FOR JURY TRIAL

__4/11/07__
Date

__18668__
Connecticut Federal Bar Number

__(860) 583-5200__
Telephone Number

__(860) 582-0012__
Fax Number

__kcreed@newmancreedlaw.com__
E-mail address

Signature

Kevin E. Creed
Print Clearly or Type Name

99 North Street, P. O. Box 575
Address

Bristol, CT 06011

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Clerk's Office
US District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001