UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURI A. OSBOURNE, Individually and<br>On Behalf of All Similarly Situated,<br>    Plaintiff,<br><br>v.<br><br>MENU FOODS, INC.<br>    Defendant, | )<br>) Civil Action No. 3:07-cv-00469 (RNC)<br>)<br>) Class Action<br>)<br>)<br>) April 19, 2007<br>) |

### APPEARANCE OF DEFENDANT MENU FOODS, INC.

To:     Chief Clerk
        United States District Court
        450 Main Street
        Hartford, CT  06106

Please enter the Appearance of the undersigned, Matthew G. Conway, as attorney for the defendant in the above-entitled matter.

                                            DEFENDANT,


                                            By   /s/ Matthew G. Conway
                                            Matthew G. Conway
                                            Fed. Bar No. ct09612
                                            Conway & Stoughton, LLP
                                            818 Farmington Avenue
                                            West Hartford, CT 06103
                                            (860) 523-8000
                                            (860) 523-8002 fax

**CERTIFICATION PAGE**

      I hereby certify that on the April 19, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Matthew G. Conway
_____
Matthew G. Conway