## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURI A. OSBOURNE, Individually and ) | |
| On Behalf of All Similarly Situated, ) | Civil Action No. 3:07-cv-00469 (RNC) |
| Plaintiff, ) | |
| ) | Class Action |
| v. ) | |
| ) | |
| MENU FOODS, INC. ) | April 19, 2007 |
| Defendant, ) | |

### APPEARANCE OF DEFENDANT MENU FOODS, INC.

To:  Chief Clerk
     United States District Court
     450 Main Street
     Hartford, CT  06106

Please enter the Appearance of the undersigned, Jennifer Katz, as attorney for the

defendant in the above-entitled matter.

DEFENDANT,

By    /s/ Jennifer Katz
Jennifer Katz
Fed. Bar No. ct26887
Conway & Stoughton, LLP
818 Farmington Avenue
West Hartford, CT 06103
(860) 523-8000
(860) 523-8002 fax

**CERTIFICATION PAGE**

      I hereby certify that on the April 19, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Jennifer Katz
_____
Jennifer Katz