# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURI A. OSBOURNE, Individually and On Behalf of All Similarly Situated, Plaintiff, | ) ) ) Civil Action No. 3:07-cv-00469 (RNC) ) |
| v. | ) Class Action ) ) |
| MENU FOODS, INC. Defendant, | ) April 19, 2007 ) |

## NOTICE OF MANUAL FILING

The defendant gives notice that it is manually filing Exhibits A-D to its memorandum in support of its motion to stay. Said documents exceed the maximum size permitted for electronic filing.

DEFENDANT,

By   /s/ Matthew G. Conway
Matthew G. Conway
Fed. Bar No. ct09612
Conway & Stoughton, LLP
818 Farmington Avenue
West Hartford, CT 06103
(860) 523-8000
(860) 523-8002 fax

## CERTIFICATION PAGE

I hereby certify that on the April 19, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

A hardcopy of the foregoing along with the referenced exhibits are being mailed, postage prepaid to the following counsel of record:

Kevin Edward Creed
Bruce E. Newman
Newman Creed & Associates
PO Box 575
99 North Street, Route 6
Bristol, CT 06010

/s/ Matthew G. Conway
_____
Matthew G. Conway