UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURI A. OSBOURNE, Individually and ) <br> On Behalf of All Similarly Situated, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MENU FOODS, INC. ) <br> Defendant, ) | Civil Action No. 3:07-cv-00469 (RNC) <br><br> Class Action <br><br><br> May 9, 2007 |

### SUPPLEMENTAL SUPPORT OF DEFENDANT'S MOTION TO STAY

The defendant respectfully requests to supplement its motion to stay and supporting memorandum (Doc. #7) by giving notice to this Court of the disposition of several motions to stay filed in related actions commenced in the Districts of Arkansas, Colorado, Florida, California, and New Jersey. The Courts have issued stay orders in at least thirty-four actions brought against the defendant. (See Attached Orders.) In addition, as indicated in the attached orders, several plaintiffs did not oppose the proposed stays. The fact that numerous plaintiffs have chosen not to oppose similar motions filed by a common defendant suggests that the instant motion is both typical and reasonable. The defendant respectfully requests that this Court issue its ruling in accord with the many stay orders already entered.

DEFENDANT,

BY:   /s/ Jennifer Katz
Jennifer Katz
Fed. Bar. No. ct26887
Matthew G. Conway
Fed. Bar. No. ct09612
Conway & Stoughton, LLP
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-8000
(860) 523-8002 (fax)

0

**CERTIFICATION**

    I hereby certify that on the May 9, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            /s/ Jennifer Katz
                                              _____
                                              Jennifer Katz