```
                              Colorado - Tompkins
From: COD_ENotice@cod.uscourts.gov
Sent: Tuesday, May 08, 2007 4:15 PM
To: COD_NEF@cod.uscourts.gov
Subject: Activity in Case 1:07-cv-00736-JLK Tompkins v. Menu Foods
Midwest Corporation et al Order on Motion to Stay

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended. ***NOTE TO PUBLIC ACCESS USERS*** There is no
charge for viewing opinions.

U.S. District Court

District of Colorado

Notice of Electronic Filing


The following transaction was entered on 5/8/2007 at 2:15 PM MDT and filed on 5/8/2007

Case Name:       Tompkins v. Menu Foods Midwest Corporation et al
Case Number:     1:07-cv-736 <https://ecf.cod.uscourts.gov/cgi-bin/DktRpt.pl?101475>
Filer:
Document Number:        9
<https://ecf.cod.uscourts.gov/cgi-bin/show_case_doc?9,101475,,72914104,,,47>

Docket Text:
ORDER granting Defendants' [2] Motion to Stay all Proceedings. Signed by Judge John L. Kane on
05/08/07.(jjh, )


1:07-cv-736 Notice has been electronically mailed to:
Steven J. Merker merker.steve@dorsey.com, chafin.kemper@dorsey.com, frogge.dianna@dorsey.com
Paul Gordon pgordon@gorlaw.com Rachel Laine Carnaggio carnaggio@godlap.com, cooper@godlap.com,
higgs@godlap.com Jennifer Reba Thomaidis jennifer@thomaidislaw.com

1:07-cv-736 Notice has been mailed by the filer to:


The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=5/8/2007] [FileNumber=1039744-0]
[582cbbd9c16f80d20b332165ca503b0dbc8a1ba131e97a8adc7b5fa767e6f1f0bed3
ee7ae693e645cc2a6ca7dabfba419d5c632338af7c16bcac100b3f522440]]
```