# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:07-cv-20955-JAL

| | |
|---|---|
| Donnelly et al v. Menu Foods, Inc. et al<br>Assigned to: Judge Joan A. Lenard<br>Cause: 28:1391 Personal Injury | Date Filed: 04/10/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

| | | |
|---|---|---|
| 05/02/2007 | 15 | ORDER granting 2 Motion to Stay and Administratively Closing Case. Upon the stipulation of the parties [14-2], filed as part of the Motion to Stay, this case is stayed and administratively closed pending transfer to Multidistrict Litigation. This entry constitutes the ENDORSED Order in its entirety.Signed by Judge Joan A. Lenard on 5/2/07. (lc1) (Entered: 05/02/2007) |