No response

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL BROWN, individually and on behalf of all others similarly situated | : : : |
| Plaintiff | : : |
| vs. | : C.A. No. 07-115 |
| MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC. | : : : : : |
| Defendants | : |

**DEFENDANTS MOTION TO STAY ALL PROCEEDINGS**

Now come Defendants, **Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.**, and hereby move this Court to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation pursuant to U.S.C. §1407 and pending a determination of class certification by the transferee court pursuant to Federal Rules of Civil Procedure 23(d)(1). In support of this motion, Defendants rely upon the accompanying memorandum.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.  #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
Fax (401) 274-7538
angelonelaw@aol.com

Dated:  April 19, 2007

Granted.
Mary M. Lisi USDJ 5/9/07

## CERTIFICATION

I hereby certify that on this 19th day of April, 2007, I caused a copy of the within *Motion to Stay* to be electronically transmitted to:

Peter N. Wasylyk, Esq.        pnwlaw@aol.com

and mailed by first class mail, postage prepaid to:

Andrew S. Kierstead, Esq.
Law Office of Andrew S. Kierstead
1001 SW Fifth Avenue, Suite 1100
Portland, OR  97204

Marc Stanley, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX  75205

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.  #1373