## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PET FOODS PRODUCTS LIABILITY LITIGATION | No. MDL DOCKET NO. 1850 |

### PLAINTIFFS' NOTICE OF JOINDER AND JOINDER IN MOTION FOR TRANSFER OF ACTIONS TO THE DISTRICT OF NEW JERSEY FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. §1407

Plaintiff Lauri A. Osborne ("Osborne"), Plaintiff in the case entitled <u>Lauri A Osborne v. Menu Foods, Inc.</u>, U.S. District Court, District of Connecticut Case No. 07-cv-00469 (RNC) and Plaintiff Todd Sokolowski ("Sokolowski"), Plaintiff in the case entitled <u>Todd Sokolowski v. Menu Foods, Inc. et al.</u>, U.S. District Court of New Jersey Case No. 1:07-cv-01709-NLH-AMD hereby join in the Motion For Transfer filed by Plaintiff Shirley Sexton[1] and Plaintiff Christina Troiano and join in the Response of Plaintiff Jared Workman, et al. in respectfully moving the Panel for an Order pursuant to 28 U.S.C. §1407 to transfer the pending cases identified in the schedule of actions filed with Plaintiff Sexton's Motion, as well as any subsequently filed cases involving similar facts and claims to the United States District Court for the District of New Jersey to consolidate and coordinate the cases for pretrial proceedings for all the reasons stated in the submissions of Sexton, Troiano and Workman.

---

[1] Plaintiff Shirley Sexton originally moved for an order consolidating the proceedings and moving them to the Central District of California but now favors a transfer to the District of New Jersey. See, Plaintiff Shirley Sexton's Memorandum of Law in Response to Plaintiff Toiano and Washington Plaintiffs' Motions for Transfer and Coordination dated April 19, 2007.

DATED: May 14, 2007

Respectfully Submitted,

By: _____
NEWMAN, CREED & ASSOCIATES
Bruce E. Newman
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011-0575
(860) 583-5200
Fax No. (860) 582-0012
Federal Bar No.: 12301

Counsel for Plaintiffs:
LAURI A. OSBORNE AND
TODD SOKOLOWSKI

LITE DEPALMA GREENBERG &
RIVAS, LLC
Joseph J. DePalma, Esq.
Two Gateway Center, 12thFloor
Newark, New Jersey 07102
Phone: (973) 623-3000
Fax: (973) 623-0211

Counsel for Plaintiff:
TODD SOKOLOWSKI

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE PET FOODS PRODUCTS LIABILITY ) No. MDL DOCKET NO. 1850
LITIGATION )
) 

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the Notice of Joinder and Joinder in Motion for Transfer of Actions to the District of New Jersey for Consolidated Pretrial Proceeding Pursuant to 28 U.S.C. §1407, and Notice of Presentation or Waiver of Oral Argument has been served by U.S. Mail on all parties listed on the attached Panel Attorney Service List, this 14th day of May, 2007.

NEWMAN, CREED & ASSOCIATES

By: _____
Bruce E. Newman
NEWMAN, CREED & ASSOCIATES
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011-0575
(860) 583-5200
Federal Bar No.: 12301

*Counsel for Interested Party Plaintiffs:*
*LAURI A. OSBORNE AND*
*TODD SOKOLOWSKI*