AO 446 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Lauri A. Osborne, Individually and
On Behalf of All Others Similarly Situated    **SUMMONS IN A CIVIL ACTION**

Plaintiff

         V.

**CASE NUMBER:** **307CV00469**

Menu Foods, Inc.

**RNC**

Osborne v. Menu Foods Inc

       Defendant

TO: (Name and Address of Defendant)

Menu Foods, Inc.
8 Falconer Drive
Streetsville, ON
Canada L5N 1B1

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Bruce E. Newman
Newmnan,Creed & Associates
99 North Street, Rte. 6
P.O. Box 575
Bristol, CT 06010-0575

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgrnent by default will be taken against you for the relief demanded in the complaint.



MAY 0 3 2007

_____
**CLERK**

DATE

_____
**BY DEPUTY CLERK**

Dockets.Justia.com

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT)   JOSEPH PASSANESI | TITLE   STATE MARSHAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: BY MAIL NEW JERSY & CANADA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): — SEE ATTACHED AFFIDAVIT OF SERVICE

---

### STATEMENT OF SERVICE FEES

| TRAVEL  3.25 | SERVICES  114.91 | TOTAL  118.16 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 30.2007
_____  _____
     *Date*                    *Signature of Server*

Box 676  OLD Saybrook CT. 06475
     *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
PENNSAUKEN NJ 08110

| | | | |
|---|---|---|---|
| Postage | $ | $1.11 | 0475 |
| Certified Fee | | $2.40 | 03 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | APR 30 2007 |
| Total Postage & Fees | $ | $5.36 | 04/30/2007 |

Sent To the Secretary
MENU FOODS INC.
Street, Apt. No.; or PO Box No. 1930 GRIFFITH MORGAN LANE
City, State, ZIP+4 PENNSAUKEN N.J. 08110

PS Form 3800, June 2002          See Reverse for Instructions

7005 3110 0004 2484 7503

---

Registered No.

| Reg. Fee | $7.90 | | | 0475 |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $1.85 | 03 |
| Postage | $1.40 | Restricted Delivery | $0.00 | 04/30/07 |
| Received by | | | | |

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

FROM: Joseph PIASSAYES R
Box 676
OLD SAYBROOK CT. 06475

TO: the Secretary
Menu Foods Limited
8 Falconer Drive 5
Streetsville Canada L5N1B1

PS Form **3806,**    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)          *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com*®

STATE OF CONNECTICUT  >

COUNTY OF MIDDLESEX  >

SS: OLD SAYBROOK APRIL 30, 2007

      Then and by virtue hereof the original SUMMONS, I made due and legal service upon the within named defendant, MENU FOODS INCORPORATED, in accordance with cgs, 33-929, by depositing in the Post Office via certified mail, postage paid, return receipt requested, a true and attested copy of the within original WRIT, SUMMONS COMPLAINT, addressed to THE SECRETARY, MENU FOODS INCORPORATED, 1930 GRIFFITH MOGAN LANE PENNSAUKE, NEW JERSEY, 08110,

Certified Receipt No. 7005 3110 0004 2484 7503

and on the   <sup>th</sup> day of  , 2007, I received the certified receipt No. 7005 3110 0004 2484 750. hereto annexed.

**SUPPLEMENTAL RETURN WILL FOLLOW**

And afterwards on the 30th day of April 2007, and by virtue hereof, I made due and legal service upon the within named defendant, MENU FOODS LIMITED, in accordance with the HAGUE ACT, by depositing in the Post Office via certified mail, postage paid, return receipt requested, a true and attested copy of the within original WRIT, SUMMONS COMPLAINT, addressed to THE SECRETARY, MENU FOODS LIMITED, 8 FALCONER DRIVE STREETSVILLE CANADA L5N1B1 REGISTERED LETTER, NO., RR897080964US.,

and on the   <sup>th</sup> day of  , 2007, I received the registered receipt No. RR897080964US. hereto annexed.

**SUPPLEMENTAL RETURN WILL FOLLOW**

| Fees: | | |
|---|---|---|
| Pages: | 36.00 | |
| Service: | 60.00 | |
| Endorse: | 2.40 | |
| Mileage: | 3.25 | |
| Postage: | 16.51 | |
| TOTAL: | 118.16 | |

ATTEST:

Joseph Passanesi
State Marshal/Middlesex County

Osborne v. Menu Foods Inc

AO 440 (Rev. 8/01) Summons in a Civil Action    CASE NUMBER 307CV00469 RNC

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] CLASS ACTION | DATE April 23, 2007 |
|---|---|
| NAME OF SERVER *(PRINT)* Lincoln Parker | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Menu Foods Inc, 8 Falconer Drive, Streetsville, Ontario – Canada by leaving with Lorna North, Receptionist and person authorized to accept service

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL XXXXXX | SERVICES XXXXX | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _April 30/07_          _Lincoln Parker_
                Date                    *Signature of Server*

_____
*Address of Server*

**SELECT DOCUMENT SERVICES INC.**
150 Consumers Road, # 407
Toronto, Ontario, Canada
M2J 1P9

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.