# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURI A. OSBOURNE, Individually and On Behalf of All Similarly Situated,<br>　　　　　Plaintiff, | )<br>)<br>)<br>) | Civil Action No. 3:07-cv-00469 (RNC) |
| v. | )<br>) | |
| MENU FOODS, INC.<br>　　　　　Defendant, | )<br>) | June 22, 2007 |

## NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO
## 28 U.S.C. § 1407

Notice is hereby given that on June 19, 2007, the Judicial Panel on Multidistrict Litigation issued the attached Transfer Order. The Transfer Order created a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL") and transferred the above-captioned case to the MDL which has been initially assigned to Judge Noel L. Hillman of the District of New Jersey. All pending motions in this case, including plaintiff's Motion for Preservation of Evidence, should be considered moot, and, therefore, denied.

Dated:  June 22, 2007                       Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**MENU FOODS, INC.,**

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

|  |  |
|---|---|
|  | Jennifer Katz |
| *- Of Counsel -* | Fed. Bar No. ct26887 |
| Amy Schulman | Matthew G. Conway |
| Mary E. Gately | Fed. Bar. No. ct09612 |
| William C. Martin | Conway & Stoughton, LLP |
| **DLA PIPER US LLP** | 818 Farmington Avenue |
| 1200 Nineteenth Street, N.W. | West Hartford, CT 06103 |
| Washington, D.C. 20036-2412 | (860) 523-8000 office |
| T: (202) 861-3900 | (860) 523-8002 fax |
| F: (202) 223-2085 |  |

1

**CERTIFICATION PAGE**

    I hereby certify that on the June 22, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Jennifer Katz
    _____
    Jennifer Katz