UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

KEVIN F. ROWE
CLERK

TEL. NO. (860) 240-3200

ELSIE MATA
CHIEF DEPUTY CLERK

www.ctd.uscourts.gov

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE

July 5, 2007

## NOTICE OF TRANSFER

William T. Walsh, Clerk
United States District Court
Martin Luther King, Jr.
Federal Building & U. S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, NJ 07101-0419



RECEIVED

2006

AT 8:30 _____ M
WILLIAM T. WALCH
CLERK

Re: MDL 1850 In re Pet Food Products Liability Litigation
Lauri A. Osborne v. Menu Foods, Inc., et al
3:07cv469 (RNC)
District of New Jersey Civil Action No. 1:07cv2867
(NLH)(AMD)

The above-captioned case has been transferred to your court pursuant to an order entered on June 19, 2007. For reference, please note the following:

[ ✖ ]    The file is in electronic format unless otherwise noted below. You may access the electronic docket and the case file through our website at https://ecf.ctd.uscourts.gov/, using your PACER login/password.

Items enclosed:

[ ✖ ]    Original documents not otherwise filed electronically

[ ✖ ]    Certified copy of the electronic docket sheet

[ ✖ ]    Certified copy of the Order of Transfer to your jurisdiction

A duplicate notice is provided to acknowledge receipt of this notice and the enclosed documents. Please complete the acknowledgment and return it to this office.

Sincerely,

Kevin F. Rowe, Clerk
By

Barbara Grady

Deputy Clerk